IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## INFORMATION

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia            County:   Philadelphia

City and State of Defendant:   Philadelphia, Pennsylvania
County:   Philadelphia          Register Number:  N/A

Place of accident, incident, or transaction:       Eastern District of Pennsylvania

Post Office:  Philadelphia           County:    Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".
Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?
**YES**
Case Number:  24-cr-380     US v. ANTONIO BLAKENEY      Judge:  Quinones

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ◯ Antitrust
2. ◯ Income Tax and other Tax Prosecutions
3. ◯ Commercial Mail Fraud
4. ◯ Controlled Substances
5. ◯ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ◉ General Criminal
   18 U.S.C. § 224 (bribery in sporting contests – 1 count); 18 U.S.C. § 2 (aiding and abetting); Notice of Forfeiture

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

DATE:  11/17/2025            /s/ *Louis D. Lappen*
                             Louis D. Lappen
                             Jerome Maiatico
                             Assistant United States Attorneys

File No. 2025R00803
Micawber Etienne
        a.k.a. "Mac"