OPS 40
(Rev. 7/2013)

## UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**    U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

**FROM:** U.S. Pretrial Services, PAE
Wm. Green Federal Office Bldg.
600 Arch St., Suite 4408
Philadelphia, PA 19106

☒ **Original Notice**

☐   **Notice of Disposition**

**Date:** December 11, 2025
      Anijah A. Carr, Pretrial Services
**By:**   Technician

**Date:**

**By:**

Defendant:    Micawber Etienne

Date of Birth: ▮▮▮▮▮▮▮

SSN: ▮▮▮▮▮▮

Case Number:    2:25CR00495-1

Place of Birth:   New Jersey, U.S.A.

**Notice of Court Order**    (Order Date: December 8, 2025)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number ▮▮▮▮▮▮
to the custody of the U.S. District Court on   December 8, 2025

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted. B Document returned to defendant.

☐ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted. B Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court