

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Jerome M. Maiatico*
*Assistant U.S. Attorney*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 15, 2026

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:** *United States v. Micawber Etienne*
            **Criminal No. 25-495**

Dear Clerk's Office:

      Please unimpound the information in the above-captioned case this morning by 9:00am. The information was filed under seal on November 17, 2025.

                          Very truly yours,

                          DAVID METCALF
                          United States Attorney

                          JEROME M. MAIATICO
                          LOUIS D. LAPPEN
                          Assistant United States Attorneys